```
Caroline R. Hurtado (SBN 230526)
Anderson Kill & Olick, P.C.
864 E. Santa Clara Street
Ventura, CA 93001
Tel: (805) 288-1300
Fax: (805) 288-1301


William G. Passannante (pro hac vice)
Diana Shafter Gliedman (pro hac vice)
Nicholas R. Maxwell (pro hac vice)
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733

Attorneys for Plaintiff YUM! BRANDS, INC.
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT
# COUNTY OF SAN FRANCISCO

| | |
|---|---|
| YUM! BRANDS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CLARENDON AMERICA INSURANCE COMPANY, <br><br> Defendant. | Case No.: C-12-05973-LB <br> Assigned to the Honorable Laurel Beeler <br> Complaint filed: November 21, 2012 <br><br> ~~PROPOSED~~ ORDER |

### ~~PROPOSED~~ ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the deadlines in the Case Schedule – ADR Multi-Option Program set forth on November 21, 2012 be continued as follows:

nydocs1-1003021.1

|  | **Original Date** | **New Date** |
|---|---|---|
| Meet and Confer | January 31, 2013 | March 11, 2013 |
| Rule 26(f) Report and Joint Case Management Statement | February 14, 2013 | March 28, 2013 |
| Civil Case Management Conference | February 21, 2013 | April 4, 2013 at 10:30 a.m. |

Dated: January 25, 2013           By: _____/s/_____

Hon. Laurel Beeler
United States Magistrate Judge

**~~PROPOSED~~ ORDER**

nydocs1-1003021.1

ANDERSON KILL & OLICK, P.C.
864 E. SANTA CLARA STREET ■ VENTURA, CA 93001 ■ TELEPHONE: 805-288-1300 ■ FAX: 805-288-1301 ■ WWW.ANDERSONKILL.COM