Caroline R. Hurtado (SBN 230526)
Anderson Kill & Olick, P.C.
864 E. Santa Clara Street
Ventura, CA  93001
Telephone: (805) 288-1300
Facsimile: (805) 288-1301


William G. Passannante (*pro hac vice*)
Diana Shafter Gliedman (*pro hac vice*)
Nicholas R. Maxwell (*pro hac vice*)
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733

Attorneys for Plaintiff YUM! BRANDS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT
## SAN FRANCISCO DIVISION

| | |
|---|---|
| YUM! BRANDS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CLARENDON AMERICA INSURANCE COMPANY, <br><br> Defendant. | Case No.:  C-12-05973-LB <br> Assigned to the Honorable Laurel Beeler <br> Complaint filed:  November 21, 2012 <br><br> **~~PROPOSED~~ ORDER** |

### **~~PROPOSED~~ ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the deadlines in the Court's Order dated March 6, 2013 concerning the Case Schedule – ADR Multi-Option Program initially set forth on November 21, 2012, and the deadline for

nydocs1-1006595.1

service of the Summons, Complaint, and accompanying documents, presently set for April 12, 2013, be continued as follows:

|  | **Current Date** | **Proposed New Date** |
|---|---|---|
| Service Deadline | April 12, 2013 | May 3, 2013 |
| Meet and Confer | May 10, 2013 | May 31, 2013 |
| Rule 26(f) Report and Joint Case Management Statement | May 17, 2013 | June 13, 2013 |
| Civil Case Management Conference | June 6, 2013 | June 20, 2013 (10:30 a.m.) |

Dated: March 21, 2013          By: _____

Hon. Laurel Beeler
United States Magistrate Judge

**PROPOSED ORDER**

nydocs1-1006595.1