# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | **Case No.: 12-CIV-5973**<br>Date Filed: 11/21/12 |

-------------------------------------------------------------X

**YUMI BRANDS, INC.,**

               Plaintiff,

  - against -

**CLARENDON AMERICA INSURANCE COMPANY,**

               Defendant.

-------------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Wednesday, May 1, 2013, at 1:53 P.M. deponent **served** the within **Summons in a Civil Action, Complaint and Demand for Jury Trial,** Joint Case Management Statement & Proposed Order, Order Setting Initial Case Management Conference and ADR Deadlines, Order, Notice of Assignment of Case to a United States Magistrate Judge for Trial Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California, ECF Registration Information Handout, Consent to Proceed Before a United States Magistrate Judge and Standing Order for United States Magistrate Judge Laurel Beeler

Upon:         **Clarendon America Insurance Company**    (212) 790 - 9700
Located at:   411 5th Avenue, 5th Floor, New York, New York 10016

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **Clarendon America Insurance Company** personally, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and knew said individual to be **Jessica Mieles** – Legal Administration, thereof and she stated that she was authorized to accept service of process for Clarendon America Insurance Company.

Jessica Mieles' Description: Caucasian, White Skin, Female, Long Black Hair, 29 Years Old, 5' 3" and 145 Lbs.

                                            **Corey Guskin**

                                            License # 1094475

Sworn to before me this 2nd day of May, 2013

Notary Public