1  Caroline R. Hurtado (SBN 230526)
   ANDERSON, KILL & OLICK, P.C.
2  864 E. Santa Clara Street
   Ventura, CA 93001
3  Tel: (805) 288-1300
   Fax: (805) 288-130
4
   William G. Passannante (Pro Hac Vice)
5  Diana Shafter Gleidman (Pro Hac Vice)
   Nicholas R. Maxwell (Pro Hac Vice)
6  ANDERSON, KILL & OLICK, P.C.
   1251 Avenue of the Americas
7  New York, NY 10020
   Telephone: (212) 278-1000
8  Facsimile: (212) 278-1733

9  Attorneys for Plaintiff
   YUM! BRANDS, INC.
10

11               UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                COUNTY OF SAN FRANCISCO

14 | YUM! BRANDS, INC.,              ) NO. C12 5973 LB
15 |         Plaintiff,              ) Assigned for All Purposes to
   |    v.                           ) the Honorable Laurel Beeler
16 |                                 )
   | CLARENDON AMERICA INSURANCE     )
17 | COMPANY,                        ) Complaint Filed: November 21, 2012
   |                                 )
18 |         Defendant.              ) STIPULATION TO EXTEND
   |                                 ) DEFENDANT'S TIME TO
19 |_____) RESPOND TO THE COMPLAINT.

20     The parties to this action hereby stipulate to extend the deadline for Defendant
21  Clarendon America Insurance Company to answer, plead or otherwise respond to the
22  Complaint from May 21, 2013, up to and including June 10, 2013. Counsel for the
23  parties met on April 16. Additional time is needed to allow the parties
24  /////
25  /////
26  /////
27  /////
28  /////

-1-
STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT.

1714484.1 00124/00091

1 | sufficient time to continue their informal efforts to resolve this matter without the
2 | time and expense of litigation.

3 | Dated: May 21, 2013

ANDERSON, KILL & OLICK, P.C.

By: _____ (pro hac vice)
Nicholas R. Maxwell
Attorneys for Plaintiff
YUM! BRANDS, INC.

Dated: May 20, 2013

KNAPP, PETERSEN & CLARKE

By: _____
Peter J. Senuty
Attorneys for Defendant
CLARENDON AMERICA INSURANCE COMPANY

-2-
STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT.

1714484.1 00124/00091