# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Nicholas R. Maxwell, Esq.
nmaxwell@andersonkill.com
212-278-1161

<u>By ECF</u>

June 14, 2013

Hon. Laurel Beeler
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   Yum! Brands, Inc. v. Clarendon America Insurance
      Company, 12-cv-5973 (LB)

Dear Judge Beeler:

This firm represents Plaintiff Yum! Brands, Inc. ("Yum") in the above-referenced action. There is presently an initial case management conference scheduled before Your Honor on June 20, 2013 at 11:00 a.m.

We write to inform the Court that the parties have informally resolved their dispute and Yum intends to voluntarily withdraw its case against Clarendon. Yum will file a motion formally withdrawing its case upon transfer of funds from Clarendon, which is anticipated to occur early next week. The parties therefore respectfully request a one-month continuance of the upcoming case management conference, to afford the parties time to finalize the resolution of their dispute and voluntarily withdraw this action.

Do not hesitate to contact me if Your Honor has any questions concerning this submission.

Respectfully submitted,

*[signature]*

Nicholas R. Maxwell

cc:   Peter J. Senuty, Esq. *(via email)*
      Don Becker, Esq. *(via email)*
      John Cole, Esq. *(via email)*