Caroline R. Hurtado (SBN 230526)
Anderson Kill Wood & Bender, P.C.
864 E. Santa Clara Street
Ventura, CA 93001
Telephone: (805) 288-1300
Facsimile: (805) 288-1301

William G. Passannante (*pro hac vice*)
Diana Shafter Gliedman (*pro hac vice*)
Nicholas R. Maxwell (*pro hac vice*)
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733

Attorneys for Plaintiff YUM! BRANDS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| YUM! BRANDS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CLARENDON AMERICA INSURANCE COMPANY, <br><br> Defendant. | Case No.: C-12-05973-LB <br> Assigned to the Honorable Laurel Beeler <br> Complaint filed: November 21, 2012 <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> ORDER |

nydocs1-1014790.1

By its undersigned attorneys, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties having resolved the claims of Plaintiff Yum! Brands, Inc. against Defendant Clarendon America Insurance Company, Plaintiff Yum! Brands, Inc. hereby voluntarily dismisses this action with prejudice, with the parties to bear their respective fees and costs.

Dated: New York, New York
July 1, 2013

_____/s/ Nicholas R. Maxwell_____
William G. Passannante, Esq. (pro hac vice)
Diana Shafter Gliedman, Esq. (pro hac vice)
Caroline Hurtado, Esq. (SBN 230526)
Nicholas R. Maxwell, Esq. (pro hac vice)
ANDERSON KILL & OLICK, P.C.
*Attorneys for Plaintiff Yum! Brands, Inc.*
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

Dated: July 9, 2013
SO ORDERED:

_____
Honorable Laurel Beeler
United States Magistrate Judge

**NOTICE OF VOLUNTARY DISMISSAL**

nydocs1-1014790.1